**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA HOGAN, )<br> )<br>            **Plaintiff,**  )<br> )<br>  vs.                         )<br> )<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security,            )<br> )<br>            **Defendant.**  ) | No. 4:05CV619-DJS |

<u>**ORDER**</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand the case to the Commissioner for further development of the record [Doc. #9] is granted.

Dated this   5th   day of October, 2005.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE